**Order filed November 20, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00783-CV

———————

### JENNIFER ROSS, Appellant

### V.

### HAVEN AT HIGHLAND KNOLLS LP, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 541012103**

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the County Civil Court at Law No. 3 informed this court that appellant had not made arrangements for payment of the reporter's record. On October 26, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of that notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order.  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 42.3(b).


PER CURIAM